Joshua L. Benson, Esq.
Nevada Bar No. 10514
BENSON ALLRED
333 N. Rancho Drive, Suite 420
Las Vegas, Nevada 89106
Telephone: (702) 820-0000
Facsimile: (702) 820-1111
josh@bensonallred.com
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| LILY DAVIS, individually; and LARRY DAVIS, individually,<br><br>     Plaintiffs,<br>vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY; a foreign corporation; DOES I – X; and ROE CORPORATIONS I - X, inclusive,<br><br>     Defendants. | CASE NO.: 2:25-cv-00333-CDS-NJK<br><br>**SUBSTITUTION OF ATTORNEY** |

Plaintiffs, LILY DAVIS and LARRY DAVIS, hereby substitutes Joshua L. Benson, Esq., of the law firm of BENSON ALLRED INJURY LAW, 333 N. Rancho Drive, Suite 420, Las Vegas, NV 89106, as attorney of record in place and stead of Joseph F. Schmitt, Esq. of the law office of Lerner & Rowe Injury Attorneys.

DATED: 03/07/25     *Lily Lee Davis*
                    Lily Lee Davis (Mar 7, 2025 09:57 PST)
                    Lily Davis, Plaintiff

I consent to the above substitution.

DATED: _____     SIGNATURE ON NEXT PAGE
                      Larry Davis, Plaintiff

I consent to the above substitution.

///

///

1

1  Joshua L. Benson, Esq.
   Nevada Bar No. 10514
2  BENSON ALLRED
   333 N. Rancho Drive, Suite 420
3  Las Vegas, Nevada 89106
   Telephone: (702) 820-0000
4  Facsimile: (702) 820-1111
   josh@bensonallred.com
5  *Attorneys for Plaintiff*

6                    UNITED STATES DISTRICT COURT
                         DISTRICT OF NEVADA
7

8  LILY DAVIS, individually; and LARRY
   DAVIS, individually,                          CASE NO.: 2:25-cv-00333-CDS-NJK
9
              Plaintiffs,                        **SUBSTITUTION OF ATTORNEY**
10 vs.

11 STATE FARM MUTUAL AUTOMOBILE
   INSURANCE COMPANY; a foreign
12 corporation; DOES I – X; and ROE
   CORPORATIONS I - X, inclusive,
13
              Defendants.
14

15     Plaintiffs, LILY DAVIS and LARRY DAVIS, hereby substitutes Joshua L. Benson, Esq., of

16 the law firm of BENSON ALLRED INJURY LAW, 333 N. Rancho Drive, Suite 420, Las Vegas,

17 NV 89106, as attorney of record in place and stead of Joseph F. Schmitt, Esq. of the law office of

18 Lerner & Rowe Injury Attorneys.

19     DATED: _____
                                                 _____
20                                               Lily Davis, Plaintiff

21     I consent to the above substitution.

22
       DATED: 03/07/25                           *Larry Davis*
23                                               Larry Davis (Mar 7, 2025 13:25 PST)
                                                 Larry Davis, Plaintiff
24
       I consent to the above substitution.
25

26 ///

27 ///

28

                                              1

Case No.: 2:25-cv-00333-CDS-NJK

DATED: 3/7/25

_____
Joseph F. Schmitt, Esq., Lerner & Rowe Injury Attorneys

I am duly admitted to practice in this District. Above substitution accepted.

DATED: 3/7/25

_____
Joshua L. Benson, Esq. BENSON ALLRED INJURY LAW

Please check one: __X__ RETAINED, or _____ APPOINTED BY THE COURT

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

Dated: March 10, 2025